USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                              :
KEVIN SHAW,                                                   :
                                                              :
                                    Plaintiff,               :            1:23-cv-10193-GHW
                                                              :
                    -v-                                      :                ORDER
                                                              :
AMERICAN TEXTILE COMPANY, INC.,                              :
                                                              :
                                    Defendant.               :
                                                              :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court's order dated March 7, 2024, Dkt. No. 27, stayed this matter pending the resolution of *Lancaster v. American Textile Company, Inc.*, No. 1:22-cv-1280 (N.D.N.Y). On September 6, 2024, the parties filed a joint status letter, Dkt. No. 35, indicating that the parties in *Lancaster* and other related actions agreed to participate in mediation scheduled for September 30, 2024 and that Magistrate Judge Miroslav Lovric of the Northern District of New York issued a June 21, 2024 order staying *Lancaster* pending resolution of the mediation.

The Court has reviewed the January 15, 2026 joint status report filed by the parties in *Lancaster*, Dkt. No. 60, and understands that the parties have resolved the case, pending final approval. The parties are directed to submit a joint status letter by April 15, 2026 updating the Court on the status of the proceedings, unless a stipulation of dismissal is filed before that date.

SO ORDERED.

Dated: January 16, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge