USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**MEMORANDUM ENDORSED**

| |
|---|
| KEVIN SHAW, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| v. |
| AMERICAN TEXTILE COMPANY, INC., |
| Defendant. |

Case No. 1:23-cv-10193-GHW

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

On February 11, 2026, the court in the related matter of *Santiago v. American Textile Company, Inc.*, Case No. 2:23-cv-1811 (W.D. Pa.) entered final approval of a class action settlement that covers the claims in the instant action.

Accordingly, pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Kevin Shaw hereby voluntarily dismisses his claims against Defendant American Textile Company, Inc., with prejudice.

Dated: February 19, 2026.

Respectfully Submitted,

/s/ *Alec M. Leslie*
　　Alec M. Leslie

**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: aleslie@bursor.com

*Attorney for Plaintiff*

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  February 20, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge